# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 1, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

149728 & (22)

PEOPLE OF THE STATE OF MICHIGAN,
            Plaintiff-Appellee,

v

KIM MOSS,
            Defendant-Appellant.

SC: 149728
COA: 320350
Wayne CC: 84-473556-FC

_____/

On order of the Court, the application for leave to appeal the June 26, 2014 order of the Court of Appeals is considered, and it is DENIED, because the defendant's motion for relief from judgment is prohibited by MCR 6.502(G). The motion to remand is DENIED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 1, 2015



Clerk

d0325